**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **INTERSTATE AGREEMENT ON** |
| | ) | **DETAINERS ORDER** |
| vs. | ) | |
| | ) | |
| Mark Lloyd Kapple, | ) | Case No. 1:13-cr-077 |
| | ) | |
| Defendant. | ) | |

The parties, including the defendant, MARK LLOYD KAPPLE, having executed an "Interstate Agreement on Detainers Anti-Shuttling Waiver Stipulation," waiving the anti-shuttling provisions of the Interstate Agreement on Detainers Act ("IADA"), Title 18, Appendix 2, United State Code, IT IS HEREBY ORDERED,

That the defendant is to be housed in the "sending state" of North Dakota at the Heart of America Correctional and Treatment Center, Rugby, North Dakota, pending trial of this matter, or until further order of the court. Further, pursuant to the defendant's waiver, the return of the defendant to his place of incarceration pending trial shall <u>not</u> be grounds under the IADA for dismissal of the charges set forth in the indictment.

Dated this 23rd day of May, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court